IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

      vs.

DAVID R. McKACKINS,

        Defendant.

Case №: 1:26-po-00009-JDP

**O R D E R**
**WITHDRAWING THE FEDERAL DEFENDER**
**AND APPOINTING CJA COUNSEL**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE