MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
DAVID R. MCMACKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:26-po-00009-JDP |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) FOR CONTINUANCE OF INITIAL |
| v. | ) APPEARANCE HEARING |
| | ) |
| DAVID R. MCMACKINS, | ) Date: April 20, 2026 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) |
| | ) |
| | ) |

**STIPULATION**

David R. McMackins, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Justin Lee, hereby stipulate to and request an order from this Court continuing the initial appearance in this matter from April 20, 2026 at 2:00 p.m. to April 21, 2026 at 2:00 p.m.. The reason for the continuance is due a scheduling conflict for counsel for Mr. McMackins. Defense counsel is not available to appear on the afternoon of April 20, 2026, however counsel is available the following day, on April 21, 2026.

Based on the need to ensure continuity of counsel for Mr. McMackins and avoid a conflict with any other counsel, the parties agree that the ends of justice served by resetting the initial appearance date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through April 21, 2026, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: April 16, 2026                    Respectfully submitted,


                                         /s/ Megan T. Hopkins
                                         MEGAN T. HOPKINS
                                         Attorney for Defendant
                                         DAVID R. MCMACKINS


                                         ERIC GRANT
                                         United States Attorney


DATED: April 16, 2026                     /s/ Justin Lee
                                         JUSTIN LEE
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

STIPULATION RE CONTINUANCE OF INITIAL APPEARANCE                    2

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED** that the initial appearance currently scheduled for April 20, 2026, is hereby continued to April 21, 2026, at 2:00 p.m.  Time is excluded through April 21, 2026 pursuant to local code T4.


Dated: April 20, 2026

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE CONTINUANCE OF INITIAL
APPEARANCE

3